[No. 9034.  Department One. — December 28, 1885.]

SOLOMON  J.  NATHAN,  RESPONDENT,  v.  CHARLES
    T.  SUTPHEN  ET  AL.,  APPELLANTS.

NOTICE OF APPEAL — SERVICE OF — LEAVING COPY IN OFFICE OF ATTORNEY. —
    After the filing of the notice of appeal, and on the same day, a copy
    thereof was presented to the attorney for the respondent in his office,
    who refused to receive it.  The party making the service thereupon, in
    the presence of the attorney, left the copy on a table in his office.  *Held*,
    that the service was sufficient.

APPEAL from a judgment of the Superior Court of Santa
Cruz County, and from an order refusing a new trial.

The facts are stated in the opinion of the court.

*Joseph H. Skirm*, for Appellants.

*Charles B. Younger*, for Respondent.

The COURT. — A motion is made to dismiss the appeal
in this case, upon the ground that a copy of the notice of
appeal was not served.  It appears that after filing the
notice of appeal, and on the same day, a copy of the
notice was taken by a competent person to the office of
the attorney for respondent, and there handed him in
person.  Respondent's attorney refused to take the notice,
whereupon the person making the service, in the presence
of the attorney and in his office, laid the copy on the
table in front of which the attorney was standing, and
there left it.  The service was sufficient.

Motion denied.